# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA FELDER,<br><br>      *Plaintiff,*<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE,<br><br>      *Defendant.* | CIVIL ACTION<br>NO. 24-1267 |

## ORDER

**AND NOW**, this 16th day of December, 2024, upon consideration of Plaintiff's Complaint (ECF No. 1), Defendant's Answer (ECF No. 8), Defendant's Motion for Judgment on the Pleadings (ECF No. 16), Plaintiff's Response in Opposition to the Motion (ECF No. 18), and Defendant's Reply (ECF No. 21), it is hereby **ORDERED** that the motion is **GRANTED**:

1. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff with respect to Counts I, II, and III of the Complaint.

2. Count IV is **DISMISSED** without prejudice.

Plaintiff may file an amended complaint to state a claim for breach of contract by **January 15, 2025**. Failure to amend on or before this date may result in dismissal of the claim with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.